IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV89
(1:03CR92)

| | |
|---|---|
| MONRAIL L. MADDOX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for discovery of internal police documents.

Because the Petitioner has set forth no grounds on which to support his request,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for discovery is **DENIED.**

Signed: July 26, 2006

Lacy H. Thornburg
United States District Judge